# Exhibit 1 – Cavers Declaration

**Revised Declaration under penalty of perjury of**
**Melissa M. Cavers pursuant to 28 U.S.C § 1746**

I, Melissa M. Cavers, hereby declare as follows:

**Background and Scope of Review**

1.      I am employed as a Futures Trading Investigator with the Division of Enforcement ("Division") of the United States Commodity Futures Trading Commission ("CFTC" or "Commission"), an independent regulatory agency of the United States Government.  I have been employed with the CFTC's Division of Enforcement since June 2010. Prior to my employment with the CFTC I was employed for 18 months as Manager of the Investigations Team within the Compliance Department of the National Futures Association ("NFA"), a self-regulatory organization for the U.S. futures industry. Prior to that time I was an auditor within NFA's Compliance Department for three and a half years. My responsibilities at NFA included performing commodity trading analysis, conducting investigations of futures and foreign currency ("forex") member firms, monitoring the activity of members that posed the greatest risk to investors and pursuing disciplinary action when fraud and rule violations were uncovered.  I have a Bachelor of Science degree in Accounting from DePaul University in Chicago, Illinois.

2.      My responsibilities at the CFTC include conducting investigations to determine whether there have been violations of the Commodity Exchange Act ("Act"), as amended, 7 U.S.C. §§1 *et seq.* (2016), and the Commission Regulations promulgated thereunder, 17 C.F.R. §§ 1 *et seq.* (2016).  In connection with these responsibilities I routinely analyze bank records, trading statements, account opening documents, and customer records for forex and commodity futures trading accounts; trace the flow of funds through bank and trading accounts; and review NFA and CFTC registration information, among other activities.

1

3.      In my capacity as a Futures Trading Investigator I have participated in the Division's investigation of Frank J. Collins ("Collins"), Gerard Suite ("Suite"), and STA Opus NR LLC ("STA Opus").  During the course of this investigation I have:

a.      Obtained and reviewed bank statements, account opening documents, and related records from JP Morgan Chase ("JP Morgan") for accounts in the name STA Opus N.R. LLC for the time period covering January 2013 through January 2016 (Attachment C);

b.      Obtained and reviewed bank statements, account opening documents, and related records from Bank of America ("BOA") for accounts in the name STA Opus N.R. LLC for the time period covering October 2014 through April 2016 (Attachment D);

c.      Participated in taking Collins' sworn deposition;

d.      Participated in the interviews of customers T█ H█████ ("H████"), C███ H█████ ("H████"), and R██ Y█████ ("Y████");

e.      Reviewed the sworn declarations, including attachments submitted with the declarations of customers H████, H████, and Y████;

f.      Obtained and reviewed business records, including account opening documents, periodic trading statements and related documents, for accounts in the name of STA Opus N.R. LLC carried at Knight Capital Americas LLC ("Knight")[1] a registered futures commission merchants ("FCM")[2] (Attachment E);

---

[1] Knight Capital Americas LLC, a registered FCM, was wholly owned by and its holding company Knight Holding Inc.  In 2014, Knight Holdings Inc. sold its FCM business to Wedbush Securities Inc.  As such, all of Knight Capital Americas LLC accounts were consolidated under the name Wedbush Securities Inc.

[2] According to § 7 U.S.C. 1(a) (2011), the term "futures commission merchant" means an individual, association, partnership, corporation, or trust that (A) is engaged in soliciting or in accepting orders for the purchase or sale of any commodity for future delivery on or subject to the rules of any contract market or derivatives transaction execution facility; and (B) in or in connection with such solicitation or

2

g.      Obtained and reviewed emails, account statements, investment agreements and other documents that Collins, Suite and STA Opus sent to customers;

h.      Obtained and reviewed NFA records regarding Collins', Suite's and STA Opus' registration status (Attachment B);

i.      Obtained and reviewed a summary of the final order revoking Suite's registration issued in 1987 by NFA's Membership Committee and the subsequent related CFTC order.  (Attachment G);

j.      Reviewed the California Corporations Commissioner's July 25, 2006 Desist and Refrain Order against Suite. (Attachment H);

k.      Reviewed the California Corporations Commissioner's complaint filed against Suite on January 18, 2011 (Attachment J), the Superior Court's injunction against Suite dated May 19, 2011 (Attachment K), and the Superior Court's January 14, 2012 Default judgement against Suite (Attachment L).

**Registration and Corporate Documents**

4.      In or around February of 2016 the Division sent a survey request to all registered FCMs to identify any trading accounts owned, held, controlled by or maintained in the name of Collins, Suite, or STA Opus, as well as any accounts in which these entities or individuals had an interest.  From the responses to these requests, and subsequent conversations with FCMs, the Division identified three accounts in the name of STA Opus N.R. LLC at Knight.

5.      Public records of Delaware's Secretary of State reflect that Defendant STA Opus is a Delaware corporation that was incorporated in September 2012 (Attachment A).  Records produced by Knight demonstrate that STA Opus was formed by Collins (Attachment E).

---

acceptance of orders, accepts any money, securities, or property (or extends credit in lieu thereof) to margin, guarantee, or secure any trades or contracts that result or may result therefrom.

3

Additionally, information obtained by the Division indicates STA Opus is no longer in good standing.

6.      Registration records obtained from NFA revealed that STA Opus has never been registered with the CFTC, or exempt from registration, in any capacity. (Attachment B)

7.      Information produced to the Division by JP Morgan and Knight indicates that Collins resides in California and is 66 years old.  Registration records obtained from NFA indicate that between December 1999 and November 2008 Collins was registered as an associated person ("AP") of seven different registrant firms. (Attachment B)  Collins has not been registered with the Commission in any capacity since November 21, 2008.  (Attachment B)  Records produced by Knight reflect that Collins is listed as the Chief Executive Officer, President and owner of STA Opus.  (Attachment E).  In addition, records obtained from JP Morgan indicate that Collins was the manager of STA Opus.  (Attachment C)

8.      Records obtained by the Division evidence that Suite is 55 years old and resides in Irvine, California.  NFA certified registration records reflect that Suite was an AP of First Commodity Corp. of Boston, a registered FCM, from January 1, 1982 to April 19, 1983, and as a principal and an AP of Chase Commodities Inc., a registered commodity trading advisor ("CTA") and commodity pool operator ("CPO") from December 2, 1985 until May 3, 1990, when his registration was revoked by the Commission.  (Attachment B)  Suite has not been registered with the Commission in any capacity since 1995. (Attachment B)

9.      Information publicly available on NFA's website indicates that on December 30, 1987, NFA's Membership Committee (the "Membership Committee") ruled that Suite was disqualified from registration with the Commission based on the findings of the Arizona Corporation Commission ("ACC") that Suite engaged in fraudulent conduct in violation of the

4

Arizona Securities Laws. (Attachment G). The Membership Committee determined that Suite failed to submit any evidence to establish that his continued registration would be in the public interest, and Suite's membership was revoked. *Id.* Suite petitioned the Commission for review of the Membership Committee's order and on April 18, 1990, the Commission issued an order affirming NFA's decision to revoke Suite's registration. *Id.*

10.     On July 25, 2006, the California Corporations Commissioner issued a Desist and Refrain Order against Suite finding that between June 2004 and January 2005, Suite offered and sold securities to an investor, without authorization, and that he did so by means of oral and written communications, including untrue statements of material facts or omitted to state material facts in order to make his statements not misleading. (Attachment H)

11.     On January 18, 2011, the California Corporations Commissioner filed a Complaint against Suite (Attachment J), and entities acting in concert with Suite, in Los Angeles County Superior Court, Case No. BC452780, alleging that Suite and his related entities, continued to sell unlicensed and unregistered securities as an unlicensed and unregistered Investment Advisor and by so doing, violated the California Corporations Commissioner's Order dated July 25, 2006. On January 4, 2012, the Los Angeles County Superior Court entered judgment against Suite and the entities acting in concert with him, and ordered them to pay a total of $2.5 million in restitution and fines. (*See* Attach L). The Superior Court also entered an injunction against Suite, enjoining him from violating the Corporations Code Section 25230, by conducting business as an investment advisor in California without first having applied for and secured a certificate authorizing him to conduct business as an investment advisor. (Attach K).

**Banking Activity**

5

12.     In the course of the investigation, I obtained records from JP Morgan Chase showing that Account XXXXX2790 (the "2790 Account") and Account XXXXX3380 (the "3380 Account") at JP Morgan Chase in California are bank accounts held in the name of STA Opus.  JP Morgan account opening documents for the 2790 Account and the 3380 Account list Collins as the primary account owner. (Attachment C)

13.     My review of documents produced to the Division by JP Morgan Chase also showed that beginning in at least January 2013, and continuing through November 2015, approximately $1.6 million from at least thirty individuals was deposited into the 2790 Account.  JP Morgan statements showed these funds were received by wire transfer, and by check, and pooled into the 2790 Account.

14.     Records provided by both JP Morgan and Knight showed that on numerous occasions Suite and Collins used a portion of the investors' funds for their personal use rather than committing the funds to trading.  Over the course of the relevant period, JP Morgan bank records reveal that of the $1.6 million received from investors only $85,657 was returned to customers.  My review of the bank records produced to the Division reveal that approximately $1.25 million of the funds received from pool participants was used for the Defendants personal use, including nearly $225,000 spent on travel, dining, shopping and entertainment.

15.     My review of the JP Morgan bank records revealed that Collins received a check in the amount of $4,400 out of the STA Opus 3380 Account. (Attachment I).  Additionally, my review of the JP Morgan records revealed that Collins withdrew $16,745 in cash withdrawals from the 2790 Account using a debit card in his name.  Furthermore, JP Morgan bank records reflect that approximately $101,000 in purchases and withdrawals was taken out of both STA Opus accounts with a debit card in Collins' name.  JP Morgan records reveal that Collins had at

6

least two debit cards in his name ending -4521 and -6144.   My review reveals that Suite and STA Opus misappropriated approximately $1,127,855.

### Futures Trading Accounts

16.      I reviewed records provided by Knight for all three of the trading accounts held in the name of STA Opus.  From January 2013 until February 2016, Knight records indicate that Collins opened three trading accounts in the name of STA Opus at Knight.  (Attachment E). Records provided by Knight showed that between January 2013 and February 2016, $413,350 was deposited into the three trading accounts in STA Opus' name at Knight, and approximately $56,728 was withdrawn.  (Attachment F).  Over this same time period, STA Opus' Knight accounts incurred a $356,081 loss. *Id.*   The net liquidating value of the Knight trading accounts as of February 2016 was $540. *Id.*

Melissa M. Cavers

Executed on this 22 day of ___May___, 2017, in Chicago, Illinois.

7

# Attachment A

Division of Corporations - Filing                                           Page 1 of 1

Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State  Division of Corporations**

Allowable Characters

| | |
|---|---|
| **HOME**<br>About Agency<br>Secretary's Letter<br>Newsroom<br>Frequent Questions<br>Related Links<br>Contact Us<br>Office Location<br><br>**SERVICES**<br>Pay Taxes<br>File UCC's<br>Delaware Laws Online<br>Name Reservation<br>Entity Search<br>Status<br>Validate Certificate<br>Customer Service Survey<br><br>**INFORMATION**<br>Corporate Forms<br>Corporate Fees<br>UCC Forms and Fees<br>Taxes<br>Expedited Services<br>Service of Process<br>Registered Agents<br>GetCorporate Status<br>Submitting a Request<br>How to Form a New Business Entity<br>Certifications, Apostilles & Authentication of<br>Documents | Frequently Asked Questions | View Search Results |

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **5215134** | Incorporation Date / | **9/19/2012** |
| | | Formation Date: | (mm/dd/yyyy) |
| Entity Name: | **STA OPUS N. R., LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **Series** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | **AGENTS AND CORPORATIONS, INC.** |
| Address: | **1201 ORANGE ST STE 600 ONE COMMERCE CENTER** |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **302-575-0877** |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20 00.

Would you like ○ Status  ○ Status,Tax & History Information   Submit

Back to Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

# Attachment B



January 27, 2017

Melissa Cavers
Futures Trading Investigator
Division of Enforcement
Commodity Futures Trading Commission
525 West Monroe Street
Suite 1100
Chicago, Illinois  60661

                    Re:  Frank Joseph Collins
                           NFA #298351

                           STA Opus NR LLC
                           NFA #464750

                           Rawle Gerard Suite
                           NFA #91949

Dear Ms. Cavers:

        National Futures Association would like to thank you for your request for information dated January 24, 2017.  As was discussed in Janet Varnagis' follow-up call with you, enclosed are certifications of registration history for Frank Joseph Collins and Rawle Gerard Suite.  Also enclosed is a certification of no record for STA Opus NR LLC.

        If you have further questions, please do not hesitate to call me at (312) 781-1300.

                        Sincerely,

                        Sandra A. Jung
                        Document Research Supervisor

SAJ/jrv
Enclosures

*300 S. Riverside Plaza    Suite 1800    Chicago, Illinois  60606    312.781.1300    800.621.3570    312.781.1467 fax    www.nfa.futures.org*

**Page 15**
**Exhibit 1**



## <u>CERTIFICATION</u>

With respect to:  Frank Joseph Collins

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Document Research Supervisor.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act.  7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records; (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.    Under my supervision, I have caused to be conducted a review of these official CFTC records from May 1999 to the present, which disclosed the following information:

>Frank Joseph Collins ("Collins") was granted a Temporary License ("TL") to act in the capacity of an Associated Person ("AP") with American National Trading Corp. ("ANT") effective November 1, 1999. This TL converted to a full AP registration effective December 8, 1999. Collins remained registered as an AP with ANT from that date until April 5, 2004 when his AP registration with ANT was withdrawn.

>Collins was granted a TL to act in the capacity of an AP with Dale Lawrence Leiter ("Leiter") effective April 5, 2004. This TL converted to a full AP registration effective April 20, 2004. Collins remained registered as an AP with Leiter from that date until January 4, 2005 when his AP registration with Leiter was withdrawn.

>Collins was granted registration as an AP with American Performance Corporation ("APC") effective December 30, 2004. Collins remained registered as an AP with APC from that date until September 22, 2006 when his AP registration with APC was withdrawn.

>Collins was granted registration as an AP with American Preferred Commodities APC Corp. ("APCC") effective September 22, 2006. Collins remained registered as an AP with APCC from that date until October 20, 2006 when his AP registration with APCC was withdrawn.

>Collins was granted a TL to act in the capacity of an AP with INVESTRITEFINANCIAL LLC ("IF") effective October 20, 2006. Collins' TL to act in the capacity of an AP with IF was withdrawn effective November 10, 2006 for failure to timely file outstanding registration requirements. Collins remained pending registration as an AP with IF from November 10, 2006 until January 23, 2007 when Collins was granted registration as an AP with IF. Collins remained registered as an AP with IF from January 23, 2007 until April 16, 2007 when his AP registration with IF was withdrawn.

- 3 -

Collins was granted a TL to act in the capacity of an AP
with Global Capital Commodities LLC ("GCC") effective
April 19, 2007. This TL converted to a full AP registration
effective May 7, 2007. Collins remained registered as an
AP with GCC from that date until December 18, 2007
when his AP registration with GCC was withdrawn.

Collins was granted registration as an AP with Trinity
Mercantile LLC ("TM") effective October 26, 2007.
Collins remained registered as an AP with TM from that
date until December 30, 2007 when his AP registration
with TM was withdrawn.

Collins reapplied and was granted a TL to act in the
capacity of an AP with TM effective May 14, 2008.
Collins' TL to act in the capacity of an AP with TM was
withdrawn effective June 5, 2008 for failure to timely file
outstanding registration requirements. Collins remained
pending registration as an AP with TM from June 5, 2008
until July 30, 2008 when Collins was granted registration as
an AP with TM. Collins remained registered as an AP with
TM from July 30, 2008 until November 21, 2008 when his
AP registration with TM was withdrawn.

There is no record of a registration, or application for
registration in any capacity for Collins after November 21,
2008.

I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.


Date:   January 26, 2017

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago. Illinois  60606



## CERTIFICATION

With respect to:  Rawle Gerard Suite

1.   I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Document Research Supervisor.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.   Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.   Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.   As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.   The system that NFA uses to maintain the CFTC registration records includes an electronic database that contains, among other data, data derived from hardcopy CFTC registration records.

6.   Under my supervision, I have caused to be conducted a review of these official CFTC records and the electronic database containing data derived from these official CFTC records from January 1982 to the present, which disclosed the following information:

- 2 -

The hardcopy official CFTC registration records related to Rawle Gerard Suite ("Suite"); a//k/a Jerry Suite, Jerry Snead and Gerard Suite; have been destroyed in the normal course of business in accordance with routine retention and destruction policies applicable to such records.

Suite was granted registration as an Associated Person ("AP") with First Commodity Corp. of Boston ("FC") effective January 1, 1982. Suite remained registered as an AP with FC from that date until April 19, 1983 when his AP registration with FC was withdrawn.

Suite was granted registration as an AP with Chase Commodities, Inc. ("CC") effective December 2, 1985. Suite remained registered as an AP with CC from that date until May 3, 1990 when his AP registration with CC was revoked.

In May 1995, Suite filed an application for registration as an AP with S. Bruce Pattison ("Pattison"). Suite remained pending registration as an AP with Pattison from May 25, 1995 until August 3, 1995 when his pending application for registration as an AP with Pattison was withdrawn.

There is no record of a registration or application for registration in any capacity for Suite after August 3, 1995.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   January 26, 2017

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606



## CERTIFICATION

With respect to: STA Opus NR LLC

1.   I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Document Research Supervisor.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.   Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.   Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.   As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.   In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.      Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

There is no record of a registration, an application for registration, or an exemption from registration in any capacity for STA Opus NR LLC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  January 26, 2017

_____
Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606

# Attachment C






## BUSINESS DEPOSITORY RESOLUTION

X NEW   ___ CHANGE

**CHASE** ⬡

ACCOUNT NO. ███2790

ACCOUNT TITLE  STA OPUS N. R. LLC

BUSINESS ADDRESS 12720 NEWPORT AVE APT 11

TUSTIN, CA 92780-2744

TAXPAYER ID NO. ███7480

PRODUCT TYPE  Chase BusinessSelect Checking

BANK NAME/NUMBER  JPMorgan Chase Bank, N.A ( 703 )

BRANCH NAME AND NO.  Tustin - 740925

DATE 10/04/2012

PREPARED BY BEHNU P KONGPIEN

PHONE NO.  (714) 573-7815

Legal Name of Business  STA OPUS N. R. LLC _____ (the "Business")

The individual(s) signing this Resolution hereby certifies to JPMorgan Chase Bank, N.A. ("the Bank") that the Business is (check one):

___ a sole proprietorship owned entirely by the individual signing this Resolution;

___ a duly formed and valid existing

    ___ general partnership   ___ limited partnership   ___ limited liability partnership   ___ limited liability limited partnership   ___ joint venture

    organized under the laws of the state/country of , and the persons signing this Resolution constitute all of the general partners of the partnership.

___ a corporation duly organized and in good standing under the laws of the state/country of  and that the individual signing this
    Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;

___ an unincorporated association or organization and the individual(s) signing this Resolution is the keeper of the records and seal, if any;

X a limited liability company organized under the laws of the state/country of USA and the individuals signing this Resolution
    constitute all of the members or managers, as appropriate of the company.

and that the following is a true and correct copy of the resolutions adopted by the Business and that such resolutions are now in full force and effect.

### Depository and Withdrawal Authorization

RESOLVED, that the Bank is designated a depository in which the funds of the Business may be deposited and/or withdrawn by any one of the persons listed below in the manner so designated, subject to the Bank's Deposit Account Agreement. Each person so listed is authorized to endorse for collection, deposit or negotiation any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between accounts at the Bank and other banks, either belonging to or coming into the possession of the Business. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Business without endorsement or may supply the endorsement of the Business. The person(s) so designated is authorized to sign any and all checks, drafts and orders drawn against any designated account(s) of the Business (including savings accounts) at the Bank. The Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person so listed.

| Name | Title | Facsimile Signatures if Applicable |
|---|---|---|
| FRANK J COLLINS | Manager | |
| | | |
| | | |
| | | |
| | | |
| | | |

### Signing Authorization

RESOLVED, that any one of the person(s) indicated above is authorized to act for and on behalf of the Business in any matter involving any of the Business' depository accounts at the Bank, including the authority to instruct the Bank to close the account, and is further authorized to sign and implement for and in the name on behalf of the Business, as they, or any of them see fit, the terms of all agreements, instruments, drafts, certificates, or other documents relating to any depository account or other business of the Business including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements or safe deposit agreements.

### Facsimile Signature Authorization

RESOLVED, that the Bank is authorized and directed to honor checks, drafts, and orders for the payment of money drawn on any of the accounts listed above including those drawn to the individual order of any person when the check, draft, or order bears or purports to bear the facsimile signature(s) as shown above or on the signature card. The Bank shall be indemnified and held harmless against any forgery, or unauthorized use or misuse of the facsimile signing devices.

### Further Authorizations

BE IT FURTHER RESOLVED, that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of recision or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it in so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Business this 4 day of Oct 2012

For Corporation or Unincorporated
Association or Organization:

For Sole Proprietorship:

For Partnership (all general partners must sign) or
For Limited Liability Company (all members/managers must sign):

_____
Partner/Member/Manager

_____
Secretary

_____
Owner/Sole Proprietor

_____
Partner/Member/Manager

___ THIS IS A NOT-FOR-PROFIT BUSINESS

JPMorgan Chase Bank, N.A. Member FDIC
Catalog # 04382 (12/06)

_____
Partner/Member/Manager



Scanning branches - Scan using All in One printer
DISTRIBUTION: 1) Bank Copy   2) Customer Copy

Scan ▱

# CHASE 🟡
## Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")**
STA OPUS N. R. LLC



| | | |
|---|---|---|
| **ACCOUNT NUMBER** | | ▮2790 |
| **TAXPAYERID NUMBER** | | ▮7480 |
| **ACCOUNT TYPE** | | Chase BusinessSelect Checking |

**DATE OPENED** 10/04/2012

**BUSINESS ADDRESS**
12720 NEWPORT AVE APT 11

TUSTIN, CA 92780-2744

| | |
|---|---|
| **FORM OF BUSINESS** | New Account<br>Limited Liability Company (LLC) |
| **ISSUED BY** | JPMorgan Chase Bank, N.A. ( 703 )<br>Tustin - 740925<br>BEHNU P KONGPIEN |

**PRIMARY IDENTIFICATION**
Articles of Organization

| | | |
|---|---|---|
| **ID NUMBER** | **ISSUER** | **ISSUANCE** |
| 5215134 | SECRETARY OF STATE | 09/19/2012 |

**EXP DATE** 10/04/2012

**SIGNER(S) TO BE ADDED LATER**

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided for the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's *Account Rules and Regulations* or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| NAME | TAXPAYERID # | TITLE | SIGNATURE | DATE |
|---|---|---|---|---|
| FRANK J COLLINS | ▮091 | Manager | *[signature]* | 10/4/[...] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Rev (12/05)





  # COVER SHEET



**INCORPORATING SECTION**
P.O. Box 595
**FRANCHISE TAX SECTION**
P.O. Box 7040
**UNIFORM COMMERCIAL CODE**
P.O. Box 793
DOVER, DELAWARE 19903

**STATE OF DELAWARE**
**DEPARTMENT OF STATE**
Jeffrey W. Bullock, Secretary
**DIVISION OF CORPORATIONS**
JOHN G. TOWNSEND BUILDING
DUKE OF YORK STREET
DOVER, DELAWARE 19901

**INCORPORATING SECTION**
**GENERAL INFORMATION**
302/739-3073
**NAME RESERVATION**
302/730-6000
900/420-8042
**FRANCHISE TAX SECTION**
302/739-4225
**UNIFORM COMMERCIAL CODE**
302/739-4279

```
**********************************************************************
SRV#: 121046014    Agent: 9030670    File#: 5215134    Package#: 000625790
Priority:  6       Mail Code  E                         Date:      09/20/12

User: SDOCLAD

Comments:


Attn:

Agent: AGENTS AND CORPORATIONS, INC.
       1201 ORANGE ST STE 600
       ONE COMMERCE CENTER
       WILMINGTON              DE      19801

          Items Included:      Item Type    Copies
                               =========    ======    ==============
                               Invoice        001
                               Image          001
**********************************************************************
```

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:20 PM 09/19/2012
FILED 03:04 PM 09/19/2012
SRV 121046014 - 5215134 FILE

### CERTIFICATE OF FORMATION
### OF
### STA Opus N. R., LLC

The undersigned, being an authorized person for purposes of executing this Certificate of Formation on behalf of STA Opus N. R., LLC, a Delaware Limited Liability Company (the L.L.C.), desiring to comply with the requirements of 6 Del.C. Section 18-201 and the other provisions of the Delaware Limited Liability Company Act, 6 Del.C. Section 18-101, et seq. (the Act), hereby certifies as follows:

1.   Name of the L.L.C.-The name of the LLC is STA Opus N. R., LLC.

2.   Registered Office and Registered Agent of the L.L.C. - The name of the registered agent for service of process on the L.L.C. in the State of Delaware is Agents and Corporations, Inc. The address of the registered agent of the L.L.C. and the address of the registered office of the L.L.C. in the State of Delaware is 1201 Orange Street, Suite 600, Wilmington, DE 19801.

3.   Date of Formation and Effective Date - The date of formation and the effective date of the L.L.C. shall be the date of filing of this Certificate of Formation with the Secretary of State of the State of Delaware.

4.   Series L.L.C. – This is a Series L.L.C. which may establish designated series of members, managers, limited liability company interests having separate rights, powers or duties with respect to specified property or obligations of the limited liability company or profits and losses associated with specified property or obligations, and, to the extent provided in the limited liability company agreement, any such series may have a separate business purpose or investment objective and/or limitation on liabilities of such series in accordance with the provisions of 6 Del. C. Section 18-215. Notice is hereby given pursuant to 6 Del. C. Section 18-215 that debts, liabilities, and obligations incurred, contracted for, or otherwise existing with respect to a particular series of the LLC, shall be enforceable against the assets of such series only and not against the assets of the LLC generally, or any other series thereof, and none of the debts, liabilities, obligations, and expenses incurred, contracted for, or otherwise existing, with respect to the LLC generally, or any other series thereof, shall be enforceable against the assets of such series.

IN WITNESS WHEREOF, the undersigned hereby executes this Certificate of Formation in accordance with the provisions of 6 Del.C. Section 18-201 on September 19, 2012.

John L. Williams
(Authorized Person)



## BUSINESS DEPOSITORY RESOLUTION

<u>X</u> NEW ___ CHANGE

**ACCOUNT NO.** ███ 3380

**ACCOUNT TITLE** STA OPUS N. R. LLC



**BANK NAME/NUMBER** JPMorgan Chase Bank, N.A ( 703

**BRANCH NAME AND NO.** Tustin - 740925

**DATE** 10/04/2012

**BUSINESS ADDRESS** 12720 NEWPORT AVE APT 11

TUSTIN, CA 92780-2744

**PREPARED BY** BEHNU P KONGPIEN

**PHONE NO.** (714) 573-7815

**TAXPAYER ID NO.** ███ 480

**PRODUCT TYPE** Chase BusinessSelect Checking

Legal Name of Business STA OPUS N. R. LLC _____ (the "Business")

The individual(s) signing this Resolution hereby certifies to JPMorgan Chase Bank, N.A. ("the Bank") that the Business is (check one):

___ a sole proprietorship owned entirely by the individual signing this Resolution;

___ a duly formed and valid existing

___ general partnership  ___ limited partnership  ___ limited liability partnership  ___ limited liability limited partnership  ___ joint venture

organized under the laws of the state/country of , and the persons signing this Resolution constitute all of the general partners of the partnership.

___ a corporation duly organized and in good standing under the laws of the state/country of  and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;

___ an unincorporated association or organization and the individual(s) signing this Resolution is the keeper of the records and seal, if any;

<u>X</u> a limited liability company organized under the laws of the state/country of USA and the individuals signing this Resolution constitute all of the members or managers, as appropriate of the company.

and that the following is a true and correct copy of the resolutions adopted by the Business and that such resolutions are now in full force and effect.

### Depository and Withdrawal Authorization

RESOLVED, that the Bank is designated a depository in which the funds of the Business may be deposited and/or withdrawn by any one of the persons listed below in the manner as designated, subject to the Bank's Deposit Account Agreement. Each person so listed is authorized to endorse for collection, deposit or negotiation any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between accounts at the Bank and other banks, either belonging to or coming into the possession of the Business. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Business without endorsement or may supply the endorsement of the Business. The person(s) so designated is authorized to sign any and all checks, drafts, and orders drawn against any designated account(s) of the Business (including savings accounts) at the Bank. The Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person so listed.

| Name | Title | Facsimile Signatures if Applicable |
|------|-------|-----------------------------------|
| FRANK J COLLINS | Manager | |
| | | |
| | | |
| | | |
| | | |
| | | |

### Signing Authorization

RESOLVED, that any one of the person(s) indicated above is authorized to act for and on behalf of the Business in any matter involving any of the Business' depository accounts at the Bank, including the authority to instruct the Bank to close the account, and is further authorized to sign and implement for and in the name on behalf of the Business, as they, or any of them see fit, the terms of all agreements, instruments, drafts, certificates, or other documents relating to any depository account or other business of the Business including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements or safe deposit agreements.

### Facsimile Signature Authorization

RESOLVED, that the Bank is authorized and directed to honor checks, drafts, and orders for the payment of money drawn on any of the accounts listed above including those drawn to the individual order of any person when the check, draft, or order bears or purports to bear the facsimile signature(s) as shown above or on the signature card. The Bank shall be indemnified and held harmless against any forgery, or unauthorized use or misuse of the facsimile signing devices.

### Further Authorizations

BE IT FURTHER RESOLVED, that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of recision or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it in so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Business this ___ day of ___ 2012

| For Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership (all general partners must sign): For Limited Liability Company (all members/managers must sign): |
|---|---|---|
| | | |
| Secretary | Owner/Sole Proprietor | Partner/Member/Manager |
| ___ THIS IS A NOT-FOR-PROFIT BUSINESS | | Partner/Member/Manager |
| JPMorgan Chase Bank, N.A. Member FDIC Catalog # 04382 (12/06) | | Partner/Member/Manager |

Scanning branches - Scan using All in One printer
DISTRIBUTION: 1) Bank Copy  2) Customer Copy



# CHASE 🏦
## Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
STA OPUS N. R. LLC



| | |
|---|---|
| ACCOUNT NUMBER | ████3380 |
| TAXPAYER ID NUMBER | ██7480 |
| ACCOUNT TYPE | Chase BusinessSelect Checking |

**BUSINESS ADDRESS**
12720 NEWPORT AVE APT 11

TUSTIN, CA 92780-2744

| | |
|---|---|
| DATE OPENED | 10/04/2012 |
| | New Account |
| FORM OF BUSINESS | Limited Liability Company (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N.A ( 703 ) |
| | Tustin - 740925 |
| | BEHNU P KONGPIEN |
| | (714) 573-7815 |
| | 10/04/2012 |

**PRIMARY IDENTIFICATION**
Articles of Organization

| ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|
| 5215134 | SECRETARY OF STATE | 03/19/2012 | |

**SIGNER(S) TO BE ADDED LATER**

**ACKNOWLEDGEMENT** — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services (if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

**CERTIFICATION** — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on the tax return, cross out item 2 above.

☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding*

| NAME | TAXPAYER ID | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| FRANK J COLLINS | ████9091 | Manager | 10/4/12 | *[signature]* |



Rev (12/08)

Scan





  **COVER** **SHEET**



\*625790\*

INCORPORATING SECTION
P.O. BOX 898
FRANCHISE TAX SECTION
P.O. Box 7040
UNIFORM COMMERCIAL CODE
P.O. Box 793
DOVER, DELAWARE 19903

STATE OF DELAWARE
DEPARTMENT OF STATE
Jeffrey W. Bullock, Secretary
DIVISION OF CORPORATIONS
JOHN G. TOWNSEND BUILDING
DUKE OF YORK STREET
DOVER, DELAWARE 19901

INCORPORATING SECTION
GENERAL INFORMATION
302/739 - 3073
NAME RESERVATION
302/739 - 6800
900/420 - 8042
FRANCHISE TAX SECTION
302/739 - 4225
UNIFORM COMMERCIAL CODE
302/739 - 4279

```
*****************************************************************
SRV#: 121046014     Agent: 9030670    File#: 5215134    Package#: 000625790
Priority:  6        Mail Code  E                         Date:      09/20/12

User: SDOCLAD

Comments:


Attn:

Agent: AGENTS AND CORPORATIONS, INC.
       1201 ORANGE ST STE 600
       ONE COMMERCE CENTER
       WILMINGTON              DE     19801

       Items Included:     Item Type     Copies
                           =========     ======     =============
                           Invoice       001
                           Image         001
*****************************************************************
```

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:20 PM 09/19/2012
FILED 03:04 PM 09/19/2012
SRV 121046014 - 5215134 FILE

**CERTIFICATE OF FORMATION**
**OF**
**STA Opus N. R., LLC**

The undersigned, being an authorized person for purposes of executing this Certificate of Formation on behalf of STA Opus N. R., LLC, a Delaware Limited Liability Company (the L.L.C.), desiring to comply with the requirements of 6 Del.C. Section 18-201 and the other provisions of the Delaware Limited Liability Company Act, 6 Del.C. Section 18-101, et seq. (the Act), hereby certifies as follows:

1.    Name of the L.L.C.-The name of the LLC is STA Opus N. R., LLC.

2.    Registered Office and Registered Agent of the L.L.C. - The name of the registered agent for service of process on the L.L.C. in the State of Delaware is Agents and Corporations, Inc. The address of the registered agent of the L.L.C. and the address of the registered office of the L.L.C. in the State of Delaware is 1201 Orange Street, Suite 600, Wilmington, DE 19801.

3.    Date of Formation and Effective Date - The date of formation and the effective date of the L.L.C. shall be the date of filing of this Certificate of Formation with the Secretary of State of the State of Delaware.

4.    Series L.L.C. – This is a Series L.L.C. which may establish designated series of members, managers, limited liability company interests having separate rights, powers or duties with respect to specified property or obligations of the limited liability company or profits and losses associated with specified property or obligations, and, to the extent provided in the limited liability company agreement, any such series may have a separate business purpose or investment objective and/or limitation on liabilities of such series in accordance with the provisions of 6 Del. C. Section 18-215.  Notice is hereby given pursuant to 6 Del. C. Section 18-215 that debts, liabilities, and obligations incurred, contracted for, or otherwise existing with respect to a particular series of the LLC, shall be enforceable against the assets of such series only and not against the assets of the LLC generally, or any other series thereof, and none of the debts, liabilities, obligations, and expenses incurred, contracted for, or otherwise existing, with respect to the LLC generally, or any other series thereof, shall be enforceable against the assets of such series.

IN WITNESS WHEREOF, the undersigned hereby executes this Certificate of Formation in accordance with the provisions of 6 Del.C. Section 18-201 on September 19, 2012.

John L. Williams
(Authorized Person)

# Attachment D

**Bank of America** ⬙⬙⬙

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

Account Number: ████ 4859

Bank Number: 318

Account Type:  ☒ DDA   ☐ SAV   ☐ CD

Account Title:

STA OPUS N R LLC

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  M

☐ Other (Defined in W-9 instructions)

Social Security Number _____   (or)   Employer Identification Number ████ 1115

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

| The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. |
| --- |

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
| --- | --- | --- | --- |
| 1 RAWLE SUITE | MEMBER | _~~_ | 1.30.14 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NCA
00-14-9297MW  08-2014

© 2012 Bank of America, N.A.  All Rights Reserved

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Page 1 of 2

**Page 35
Exhibit 1**

**Account Number:** ████ 4859

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____          _Member_____
Authorized Signer                                              Title

**Review Information**

**Customer 1:**

Name____RAWLE SUITE_____

ID Type:__US Driver License W/Photo___ ID#████___ ID Issuer:__California___ Iss. Date:_09/2014_ Exp. Date:_10/2019_

ID Type:__BOA ATM/Cked No Photo___ ID#:_2349_ ID Issuer:__BOFA ATM VISA___ Iss. Date:_N/A_ Exp. Date:_02/2018_

**Customer 2:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

**Customer 3:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

**Customer 4:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

**Customer 5:**

Name_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

ID Type:_____ ID#:_____ ID Issuer:_____ Iss. Date:_____ Exp. Date:_____

**Bank Information**

Date                                    10/30/2014

Banking Center Name          IRVINE

Associate's Name                 Jimmy Chou

Associate's Phone Number    949-623-0580

NCA
00-14-9297MW  08-2014                                                      Page 2 of 2

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

Account Number: ████4862                                       Bank Number: 318

Account Type:   ☒ DDA     ☐ SAV     ☐ CD

Account Title:

STA OPUS N R LLC

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  M

☐ Other (Defined in W-9 instructions)

Social Security Number _____   (or)   Employer Identification Number  ████1115

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents.  By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.  The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9, Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any)  _____

Exemption from FATCA reporting code (if any)  _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 RAWLE SUITE | MEMBER | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NCA
00-14-9297MW  08-2014

© 2012 Bank of America, N.A.  All Rights Reserved

Page 1 of 2

**Account Number:** ▮▮▮▮4862

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards. I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

| | |
|---|---|
| Authorized Signer | Title *Member* |

**Review Information**

**Customer 1:**

Name  RAWLE SUITE

| | | | | |
|---|---|---|---|---|
| ID Type: US Driver License W/Photo | ID#: ▮▮▮▮ | ID Issuer: California | Iss. Date: 09/2014 | Exp. Date: 10/2019 |
| ID Type: BOA ATM/Cked No Photo | ID#: 2349 | ID Issuer: BOFA ATM VISA | Iss. Date: N/A | Exp. Date: 02/2018 |

**Customer 2:**

Name 

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 3:**

Name 

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 4:**

Name 

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 5:**

Name 

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Bank Information**

| | |
|---|---|
| Date | 10/30/2014 |
| Banking Center Name | IRVINE |
| Associate's Name | Jimmy Chau |
| Associate's Phone Number | 949-623-0580 |

NCA
00-14-9297MW  08-2014

Page 2 of 2